IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSAN ANNETTE STORY, | ) |
| | )    Case No. CV-09-5063-LRS |
|              Plaintiff, | ) |
| v. | )    **ORDER OF DISMISSAL WITH** |
| | )    **PREJUDICE** |
| JANET NAPOLITANO, in her | ) |
| capacity as SECRETARY OF THE | ) |
| DEPARTMENT OF HOMELAND | ) |
| SECURITY OF THE UNITED | ) |
| STATES OF AMERICA, | ) |
| | ) |
|              Defendant. | ) |

       Based upon the Joint Stipulation for Dismissal, Ct. Rec. 76,  filed herein,

       IT IS ORDERED that said dismissal with prejudice be, and the same hereby

is, granted.

       The District Court Executive is hereby directed to enter this order, furnish

copies to counsel, and CLOSE THE FILE.

       Dated this 9th day of May, 2011.


                                ***s/Lonny R. Suko***

                   _____

                           LONNY R. SUKO

                  UNITED STATES DISTRICT JUDGE